782 A.2d 996

Edward Francis LENNON, Appellant,

v.

BOARD OF PROBATION PAROLE, Appellee.

No. 54 WAP 2001.

Supreme Court of Pennsylvania.

Oct. 19, 2001.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of October, 2001, probable jurisdiction is noted and the order appealed is affirmed.